**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **JAVIER GUERRA** | § | |
| **AND MELISSA I. GUERRA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION** |
| | § | **NO.:_____** |
| **UNITED PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY, UNITED** | § | |
| **INSURANCE MANAGEMENT LC,** | § | |
| **AND EMILY CRAIG,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants United Property & Casualty Insurance Company ("UPC"), United Insurance Management, L.C. ("UIM") and Emily Craig ("Craig"), file this Notice of Removal:

### I.    Background

1.     On June 28, 2017, Plaintiffs Javier Guerra and Melissa Guerra ("Plaintiffs") filed this lawsuit in Hidalgo County, Texas, naming UPC, Craig, and United Insurance Management LC ("UIM") as Defendants.

2.     Plaintiffs served UPC with a copy of the Original Petition on July 7, 2017.

3.     Plaintiffs served Craig on July 10, 2017.

4.     UPC and Craig answered on July 31, 2017.

5.     Upon information and belief, Defendant UIM is an internal adjusting service for UPC and is a Florida limited liability company.

6.     UIM answered on August 4, 2017.

7.      UPC, Craig, and UIM file this notice of removal within 30 days of receiving Plaintiffs' initial pleading.  *See* 28 U.S.C. § 1446(b).  In addition, this Notice of Removal is being filed within one year of the commencement of this action.  *See id.*

8.      As required by Local Rule 81 and 28 U.S.C. § 1446(a), simultaneously with the filing of this notice of removal, attached hereto as Exhibit "A" is an Index of Matters Being Filed. A copy of the Docket Sheet is attached as Exhibit "B."  A copy of Plaintiffs' Original Petition is attached as Exhibit "C."  A copy of the Citation and Return of Service to UPC is attached as Exhibit "D." A copy of the Citation and Return of Service to Emily Craig is attached as Exhibit "E."  A copy of the Citation and Return of Service to UIM is attached hereto as Exhibit "F."  Defendants United Property & Casualty Insurance Company's and Emily Craig's Original Answer to Plaintiffs' Original Petition is attached as Exhibit "G."  Defendant United Insurance Management, L.C.'s Original Answer to Plaintiffs' Original Petition is attached as Exhibit "H."  A list of Counsel and Parties to the Case is attached as Exhibit "I."  A copy of this Notice is also being filed with the state court and served upon the Plaintiffs.

9.      Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Hidalgo County, Texas, the place where the removed action has been pending.

## II.      Basis for Removal

10.      Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446.  This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

A.      **The Proper Parties Are Of Diverse Citizenship.**

11.     Plaintiffs are, and were at the time the lawsuit was filed, residents and citizens of Texas.

12.     UPC was at the time this action was commenced, and still is, a foreign (Florida) property and casualty insurance company authorized to do business in the State of Texas.  UPC is organized under Chapter 982 of the Texas Insurance Code.

13.     Emily Craig is and was at the time the lawsuit was filed, a resident and citizen of the State of Florida.

14.     United Insurance Management LC is, upon information and belief, a division within UPC, a Florida property and casualty insurance company and is itself a Florida limited liability company.

15.     Because Plaintiffs are citizens of Texas and Defendants UPC, Craig, and UIM are citizens of Florida, complete diversity of citizenship exists among the proper parties.

B.      **The Amount in Controversy Exceeds $75,000.00.**

16.     This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiffs allege that UPC is liable under a residential insurance policy because Plaintiffs made a claim under that policy and UPC wrongfully adjusted Plaintiffs' claim.  Plaintiffs specifically allege that they seek monetary relief over $100,000.00 but not more than $200,000.00.

17.     Moreover, Plaintiffs' Original Petition alleges that UPC is liable under various statutory and common law causes of action for consequential damages, statutory penalties, treble damages, exemplary damages, court costs, and attorney's fees.  As such, Plaintiffs' alleged damages greatly exceed $75,000.00.

### III.     Conclusion and Prayer

18.     Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441.  United Property & Casualty Insurance Company, Emily Craig, and United Insurance Management, L.C. hereby remove this case to this Court for trial and determination.

Respectfully submitted,

/s/ Rhonda J. Thompson
Rhonda J. Thompson, Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Brett Gardner
State Bar No. 24078539
Southern District No. 3016873

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email:  bgardner@thompsoncoe.com

**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

This is to certify that on the 4th day of August, 2017, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiff by electronic service and certified mail, return receipt requested:

William T. Jones, Jr.
Robert D. Green
Daniel P. Barton
Green & Barton
1201 Shepherd Drive
Houston, Texas 77007
        *Counsel for Plaintiff*

/s/ Brett Gardner
Brett Gardner