IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JAVIER GUERRA<br>AND MELISSA GUERRA,<br><br>    Plaintiffs,<br><br>V.<br><br>UNITED PROPERTY & CASUALTY<br>INSURANCE COMPANY, UNITED<br>INSURANCE MANAGEMENT LC,<br>AND EMILY CRAIG,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 7:17-CV-00299 |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiffs Javier Guerra and Melissa Guerra and Defendants United Property & Casualty Insurance Company, United Insurance Management LC, and Emily Craig (collectively "the Parties") have reached a settlement in this matter. The Parties anticipate that they will finalize the settlement in the next 60 days and will submit a Joint Stipulation of Dismissal with Prejudice by December 15, 2017, or as otherwise directed by the Court.

Due to the settlement of the case, the Parties ask that the action, including the initial pretrial and scheduling conference on October 17, 2017, be abated to ensure adequate time for the parties to sign dismissal documents.

Respectfully submitted,

/s/ *Hunter M. Klein
William T. Jones
State Bar No. 24032601
Robert D. Green
State Bar No. 08368025
Hunter M. Klein
State Bar No. 24082117

**GREEN & BARTON**
1201 Shepherd Drive
Houston, Texas 77007

**COUNSEL FOR PLAINTIFF**
*signed with permission*

And

/s/ *Rhonda J. Thompson*
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Drew A. Jones
State Bar No. 24083269
Southern District No. 2078317

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: drew.jones@thompsoncoe.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 16, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

    William T. Jones, Jr.
    Robert D. Green
    Hunter M. Klein
    Green & Barton
    1201 Shepherd Drive
    Houston, Texas 77007
    *Counsel for Plaintiff*

/s/ *Drew A. Jones*
Drew A. Jones